MN-305
(10/00)

#3864

# UNITED STATES BANKRUPTCY COURT
## MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: BACKLUND, TERRY RICHARD

Chapter 7 Case No. 02-93212-GFK

Please Check One:

[ X ]  Unclaimed Dividends

[ ]  Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| KEY BANK<br>PO BOX 6534<br>THE LAKES NV 88901 | 4 | 8789.00 | 2986.12 |

Date: June 9, 2011

Michael J. Iannacone, TRUSTEE